**REINHARD v. NEWLIN TRUCK LINE et al.**

No. 9962.

Court of Civil Appeals of Texas. San Antonio.

March 10, 1937.

Rehearing Denied April 7, 1937.

Knetsch, Stevenson & Knetsch, of Seguin, for appellant.

Hoyo, McCracken & Feigenbaum, of San Antonio, for appellees.

SMITH, Chief Justice.

This is a plea of privilege case, in which the venue was changed to the county of appellees' domicile. It is a case of fact, rather than of law. The evidence relied upon to sustain venue in the county of the forum is deemed incompetent, and besides, it was resolved against appellant by the trial judge, and this court cannot say from the record that the finding and judgment thereon amounted to an abuse of discretion lodged by law in the trial court.

Affirmed.